# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| In re: | Case No. 25-51076-AMK |
| THE SCULLERY, LLC | Chapter 7 |
| | Judge Alan Koschik |
| Debtor(s). | |

## **REQUEST FOR NOTICE TO CREDITORS**

To the Clerk, United States Bankruptcy Court:

It appears to the Trustee that there will be assets for distribution in the above-captioned matter. Please issue notice to creditors to file claims.

Dated: November 11, 2025

/s/ Anthony J. DeGirolamo
Anthony J. DeGirolamo (0059265)
3930 Fulton Drive NW, Suite 100B
Canton, Ohio 44718
Telephone: 330-305-9700
Facsimile: 330-305-9713
Email: tony@ajdlaw7-11.com

CHAPTER 7 TRUSTEE