# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

| Case No.: | 25-51076-AMK | Trustee Name: | Anthony DeGirolamo |
|---|---|---|---|
| Case Name: | THE SCULLERY, LLC | Date Filed (f) or Converted (c): | 06/24/2025 (f) |
| For the Period Ending: | 11/11/2025 | §341(a) Meeting Date: | 07/30/2025 |
| | | Claims Bar Date: | |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled and Unscheduled (u) Property) | **Petition/ Unscheduled Value** | **Estimated Net Value** (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA =§ 554(a) abandon. | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| **Ref. #** | | | | | |
| 1  4 Food Coolers | $10,000.00 | $0.00 | | $0.00 | FA |
| 2  2 Food Prep Tables | $500.00 | $0.00 | | $0.00 | FA |
| 3  Fraudulent Transfer of Assets to Owner  **(u)** | Unknown | $1.00 | | $0.00 | $1.00 |

**TOTALS (Excluding unknown value)**      **Gross Value of Remaining Assets**

| | $10,500.00 | $1.00 | | $0.00 | $1.00 |
|---|---|---|---|---|---|

**Major Activities affecting case closing:**

11/11/2025   Investigating fraudulent transfers made to Debtor's owner

| **Initial Projected Date Of Final Report (TFR):** | 12/31/2027 | **Current Projected Date Of Final Report (TFR):** | 12/31/2027 | /s/ ANTHONY DEGIROLAMO |
|---|---|---|---|---|
| | | | | ANTHONY DEGIROLAMO |